HANDIFORM PLASTIC CORP., Respondent, v. KEY SALES ASSOCIATES, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

■

W. T. ROYSTON COMPANY et al., Respondents-Appellants, v. JOSEPH J. MASCUCH, Appellant-Respondent.— Orders unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See post, p. 950.]

■

DIAMOND STATE FOOD PRODUCTS, INC., Respondent-Appellant, and DELAWARE FOOD PRODUCTS, INC., Respondent, v. JESSE LOWENTHAL, Appellant-Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan and Bastow, JJ. [See post, p. 1024.]

■

MANNY DUELL, Respondent, v. ROBERT APPLETON, Defendant; JACK KORN, Respondent, and AMERICAN TEXTILE CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to plaintiff-respondent. No opinion. Settle order. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

■

SADA M. ABRAHAMS et al., Respondents, v. AMERICAN STEEL & WIRE CO. et al., Appellants, et al., Defendants.— Order unanimously reversed and motion denied, with $20 costs and disbursements to appellants. The long history of this litigation is one of delay and inattention on plaintiff's part. Opening the last of many defaults and restoring the case to the calendar after it had been dismissed for failure to answer the clerk's call more than a year before was not a sound exercise of discretion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See post, p. 1024.]

■

E. STANLEY GOLDMAN, Respondent, v. CITY SPECIALTY STORES, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to appellant, and motion to strike paragraphs 3d, 4th and 8th of the complaint is granted. The measure of damages in a suit for breach of a contract of employment is the amount plaintiff employee would have earned had the contract been performed, less what the employee, acting reasonably, could have earned (Howard v. Daly, 61 N. Y. 362). Allegations set forth in the challenged paragraphs which seek the recovery of damages in excess of this amount are irrelevant and prejudicial. Settle order. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

■

CHARLES S. WOOD & CO., Appellant, v. RICHARD LARRABURE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

■

CLIFFORD HAMP, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order appealed from unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See post, p. 1024.]